1
2
3
4
5
6
7

8     IN THE UNITED STATES DISTRICT COURT

9     FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DOUGLAS ANDERSEN,

11          Plaintiff,                           No. CIV S-10-0118 EFB P

12      vs.

13  STEVEN HOSS,

14          Defendant.                           <u>ORDER</u>

15  _____/

16        Plaintiff is a state prisoner proceeding without counsel and *in forma pauperis* in an action

17  brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302

18  pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the

19  $350 filing fee required by 28 U.S.C. § 1914(a).  No initial payment has been assessed.

20  However, plaintiff must make monthly payments of 20 percent of the preceding month's income

21  credited to his trust account.  28 U.S.C. § 1915(b)(2).  The agency having custody of plaintiff is

22  required to forward payments from plaintiff's account to the Clerk of the Court each time the

23  amount in the account exceeds $10 until the filing fee is paid.

24  ////
25  ////
26  ////

1  The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's *in forma pauperis* application upon the Director of the California Department of Corrections and Rehabilitation and deliver a copy of this order to the Clerk's financial division.

So ordered.

Dated:  December 9, 2010.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE